UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CAROL A. QUINONES,<br>      Plaintiff,<br><br>  v.<br><br>BURGER KING CORPORATION,<br>      Defendant. | **JUDGMENT**<br><br>No. 5:10-CV-500-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to remand is ALLOWED, and this case is REMANDED to Wake County Superior Court.

**This judgment filed and entered on January 28, 2011, and served on:**

M. Travis Payne (via CM/ECF Notice of Electronic Filing)
Nicola Ai Ling Prall (via CM/ECF Notice of Electronic Filing)
Richard Scott McAtee (via CM/ECF Notice of Electronic Filing)
Clerk of Wake County Superior Court (via US Mail)

January 28, 2011                              /s/ Dennis P. Iavarone
                                                           Clerk of Court